**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**RICHARD WAYNE GREENWOOD,**                              **PLAINTIFF,**

**VS.**                                      **CIVIL ACTION NO. 4:03CV351-P-B**

**ROBERT MORTIMER,**                                        **DEFENDANT.**

## ORDER

This matter comes before the court upon Defendant's Motion to Strike References Found in Plaintiff's Response to Defendant's Motion for Summary Judgment [55-1]. Upon due consideration of the motion and the response filed thereto, the court finds that the motion should be denied.

**IT IS THEREFORE ORDERED AND ADJUDGED** that Defendant's Motion to Strike References Found in Plaintiff's Response to Defendant's Motion for Summary Judgment [55-1] is hereby **DENIED**.

**SO ORDERED** this the 17th day of August, A.D., 2005.

                                                                 /s/ W. Allen Pepper, Jr.
                                                                 W. ALLEN PEPPER, JR.
                                                                 UNITED STATES DISTRICT JUDGE