**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**RICHARD WAYNE GREENWOOD,**                          **PLAINTIFF,**

**VS.**                                    **CIVIL ACTION NO. 4:03CV351-P-B**

**ROBERT MORTIMER,**                                **DEFENDANT.**

## ORDER

In accordance with a Memorandum Opinion issued this day, **IT IS ORDERED AND ADJUDGED** that:

(1) Defendant's Motion for Summary Judgment [38-1] is hereby **GRANTED IN PART AND DENIED IN PART**; specifically,

(2) Summary judgment with regard to the plaintiff's malicious prosecution claim is **DENIED**; whereas,

(3) Summary judgment upon the plaintiff's defamation claim is **GRANTED**; thus

(4) The plaintiff's claim for defamation is **DISMISSED WITH PREJUDICE**.

**SO ORDERED** this the 17th day of August, A.D., 2005.

                                                        /s/ W. Allen Pepper, Jr.
                                                        W. ALLEN PEPPER, JR.
                                                        UNITED STATES DISTRICT JUDGE